O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3944 AHM (FMOx) | Date | June 9, 2010 |
|---|---|---|---|
| Title | SHAHRAM MAGHAME v. JPMORGAN CHASE BANK, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court, having received Defendants' request to continue the hearing on the Court's Order to Show Cause why a preliminary injunction should not issue, continues that hearing to June 21, 2010 at 10:00 a.m.  Defendants shall file their opposition to the issuance of a preliminary injunction by noon on June 14, 2010.  Plaintiff shall file his reply by 4:00 p.m. on June 18, 2010.  The Temporary Restraining Order that the Court issued on June 2, 2010 shall remain in effect at least through the hearing on June 21, 2010.

                                                                                                :

                                                Initials of Preparer        SMO