UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM MAGHAME, an individual, ) | **CASE NO.  2:10-cv-03944-AHM (FMOx)** |
| ) | |
| Plaintiff, ) | **PRELIMINARY INJUNCTION ORDER** |
| ) | |
| vs. ) | |
| ) | |
| JPMORGAN CHASE BANK, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

This Court, having reviewed the evidence, arguments, and memoranda submitted by the parties in connection with the ex parte application of Plaintiff Shahram Maghame for temporary restraining order and motion for preliminary injunction, and the files and records in this action, and having heard the oral argument of counsel, finds that entry of a preliminary injunction is warranted.

**PRELIMINARY INJUNCTION**

In accordance with the Court's reasons and findings as stated on the record at the hearing on June 21, 2010, IT IS HEREBY ORDERED that during the pendency of this action, Defendants are enjoined from proceeding with the foreclosure and sale of the real property located at the

1  address commonly known as 2963 Beverly Glen Circle, Los Angeles, California 90077,

2  Assessor's Parcel Number 4379-034-043.

**IT IS SO ORDERED.**

DATED: June 23, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE