O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CORRECTED – CIVIL MINUTES - GENERAL**

| Case No. | CV10-03944-AHM (FMOx) | Date | August 9, 2010 |
|---|---|---|---|
| Title | SHAHRAM MAGHAME v. JPMORGAN CHASE BANK, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Taraneh Maghame | Joshua H. Abel |

**Proceedings:**   MOTION TO DISMISS CASE FILED BY DEFENDANTS CALIFORNIA RECONVEYANCE COMPANY, CHASE HOME FINANCE, LLC, JPMORGGAN CHASE BANK, AND WASHINGTON MUTUAL BANK [22] (non-evidentiary)

Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court denies the motion to dismiss.  Order to issue.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | | SMO |