JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
LAUREN M. TAKOS (CA Bar No. 255164)
ltakos@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, CHASE HOME FINANCE LLC, CALIFORNIA RECONVEYANCE COMPANY, and BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA4TRUST, ERRONEOUSLY SUED AS BANK OF AMERICA, N.A.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM MAGHAME, an individual<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK; WASHINGTON MUTUAL BANK; CHASE HOME FINANCE, LLC, a Delaware Limited Liability Company; CALIFORNIA RECONVEYANCE COMPANY, a California corporation; BANK OF AMERICA, N.A.; DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO:** CV10-03944-AHM (FMOx)<br><br>**JUDGE**: Hon. A. Howard Matz<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**CTRM:** 14<br><br>**ACTION FILED:** May 25, 2010 |

1

1197964.1

# **ORDER**

AND NOW, upon consideration of the Stipulation of Dismissal pursuant to F.R.C.P. 41(a)(1), and good cause appearing, it is hereby ORDERED that this action shall be dismissed with prejudice.

**JS-6**

DATED: May 24, 2011

By: _____
A. HOWARD MATZ
Judge, Unitied States District Court

1197964.1